**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:06-CV-00053-MHT-DRB |
| DEFENDANT | TYPE OF PROCESS |
| TEN FIREARMS AND VARIOUS AMMUNITION | NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TUSKEGEE NEWS

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
120 EASTSIDE STREET; TUSKEGEE AL 36083

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

334-727-3020

PUBLISH ONCE A WEEK FOR THREE WEEKS

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (334) 223-7280

DATE: 01/18/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Date: 3/30/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

**RETURNED AND FILED**
**APR 11 2006**
**CLERK**
**U.S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

REMARKS:

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

The Tuskegee News
103 S. Main St.
Tuskegee AL 36083-1801
Phone: 334-727-3020
FAX: 334-727-7700

**INDENTIFICATION LINE: US District Court**

I, **Paul R. Davis**, the Publisher of **The Tuskegee News**, published weekly at Tuskegee, Alabama, do solemnly swear that this notice, as per clipping attached, was published in the regular and entire issue of said Newspaper and not in any supplement thereof, for one time(s) on the following date(s):  February 23, March 2,9, 2006.

_____
Paul R. Davis

Subscribed and sworn before me this the
15th  day of February 2006

_____
(NOTARY PUBLIC)

My Commission Expires July 16, 2006

(RY PUBLIC)
mission Expires July 16, 2006

Pardner-Model SRI (12 Gauge)
2. ARNSCORP OF THE PHILIPPINES (SQUIRES BINGHAM), Model 20 (.22 Caliber) Rifle, SN: 251075;
3. MARLIN FIREARMS COMPANY, Model 336RC (.30-30 Caliber) Rifle, SN: P7119;
4. REMINGTON ARMS COMPANY, INC., Model 511 (.22 Caliber) Rifle;
5. SAVAGE ARMS INC., Model 77C (12 Gauge) Shotgun;
6. WINCHESTER, Model 37 (.410 Gauge) Shotgun;
7. SAVAGE ARMS INC., Model 87A (.22 Caliber) Rifle;
8. RANGER ARMS, INC., Model Precision 1043 (12 Gauge) Shotgun, SN: 168000;
9. WINCHESTER, Model 94 (.30-30 Caliber) Rifle, SN: 3816832;
10. MOSSBERG, Model 500 E (.410 Gauge) Shotgun, SN: P799115;
11. 1 Each Unknown Manufactured Assorted Ammunition Rounds (102 ROUNDS).

In order to avoid forfeiture of the Defendants, any person claiming an interest in the Defendants must file a claim asserting that interest, in the manner set forth in Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, together with such other claim to be filed not later than 30 days after the date of service of the Complaint, or as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama 36104, with a copy thereof sent to:
John T. Harmon,
Assistant United States Attorney,
Office of the United States Attorney,
Middle District of Alabama,
One Court Square, Suit 201 (36104),
Post Office Box 197,
Montgomery, Alabama 36101-0197,
(334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at Title 19, United States Code, Sections 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) Sections 1316.71-1316.81.
All persons and entities who have an interest in the Defendants may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 29 C.F.R. Part 9.
JESSE SEROYER, JR.
UNITED STATES MARSHAL
MIDDLE DISTRICT OF ALABAMA
2-23 THRU 3-9