```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION

UNITED STATES OF AMERICA,    :
                             :
           PLAINTIFF,        :
                             :
      v.                     :   CIVIL ACTION NO. 3:06CV053-MHT
                             :
TEN FIREARMS AND             :
VARIOUS AMMUNITION,          :
                             :
           DEFENDANT.        :
```

MOTION FOR ENTRY OF DECREE OF FORFEITURE

The United States OF America, by and through the United States Attorney for the Middle District of Alabama, respectfully moves this Honorable Court to enter a Decree of Forfeiture in the above-entitled action.

A memorandum in support of this motion is attached hereto. A proposed Decree of Forfeiture is also attached for the convenience of the Court.

Respectfully submitted this 15th day of May, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov