```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                   EASTERN DIVISION
```

UNITED STATES OF AMERICA,      :
                               :
            PLAINTIFF,         :
                               :
       v.                      :    CIVIL ACTION NO. 3:06CV053-MHT
                               :
TEN FIREARMS AND               :
VARIOUS AMMUNITION,            :
                               :
            DEFENDANT.         :

## DECREE OF FORFEITURE

Before the Court is the United States' Motion for Entry of A Decree of Forfeiture. This is a civil forfeiture action in which the United States seeks the civil forfeiture _in rem_ of the following firearms and ammunition:

- a. NEW ENGLAND, Model Pardner-Model SBI (12 Gauge) Shotgun, SN: NH506837;

- b. ARMSCORP OF THE PHILIPPINES (SQUIRES BINGHAM), Model 20 (.22 Caliber) Rifle, SN: 251075;

- c. MARLIN FIREARMS COMPANY, Model 336RC (.30-30 Caliber) Rifle, SN: P7119;

- d. REMINGTON ARMS COMPANY, INC., Model 511 (.22 Caliber) Rifle;

- e. SAVAGE ARMS INC., Model 77C (12 Gauge) Shotgun;

- f. WINCHESTER, Model 37 (.410 Gauge) Shotgun;

- g. SAVAGE ARMS INC., Model 87A (.22 Caliber) Rifle;

- h. RANGER ARMS, INC., Model Precision 1043 (12 Gauge) Shotgun, SN: 168000;

- i. WINCHESTER, Model 94 (.30-30 Caliber) Rifle, SN: 3816832;

- j. MOSSBERT, Model 500 E (.410 Gauge) Shotgun, SN: P799115;

      k.   1 Each Unknown Manufactured Assorted Ammunition Rounds (102 ROUNDS).

The Court, being fully advised of the premises, finding that the United States has furnished due and legal notice of this proceeding as required by statute; that all persons known to plaintiff with a possible interest in the defendant firearms and ammunition received actual notice of the action together with a copy of the Verified Complaint for Forfeiture In Rem and Warrant and Summons for Arrest In Rem; that the plaintiff caused public notice of the action and arrest be given by publishing a Notice of Arrest and Seizure on February 23 and March 2 and 9, 2006 in the Tuskegee News, a newspaper of general circulation in the district and county in which the seizure took place; that actual notice of the forfeiture action and arrest, including a copy of the Verified Complaint and Warrant and Summons for Arrest In Rem, was provided to Alfred Bryant, Deborah Hill Biggers, and Benny Seagts; that reasonable efforts were undertaken to locate and serve Dewitt E. Reed in a manner consistent with the principles of service of process of an in rem action, that no one has filed a claim or answer in this action, and that the time for filing claims and answers has now expired.

IT IS THEREFORE ORDERED AND ADJUDGED that:

1.   Final Judgment of Forfeiture of the above mentioned defendant **firearms and ammunition** is hereby entered in favor of the United States.

2.   All persons claiming any right, title or interest in the defendant firearms and ammunition are held in default.

IT IS FURTHER ORDERED that the United States shall dispose of the defendant firearms and ammunition in accordance with Title 21, United States Code, Section 881(e) or other applicable law.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE