**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:06cv053-MHT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ten Firearms and Various Ammunition | Decree of Forfeiture |

**SERVE AT**
- NAME: Defendant Firearms and various ammunition
- ADDRESS: c/o ATF&E

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 11
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Case 776045-06-0007
Case Agent: Dwight Brown
CATS 05-ATF-001138

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 5/18/2006

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

RETURNED AND FILED
JUN 2 2 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Date: 6-2-06    Time: 9:15 ☒ am

Signature of U.S. Marshal or Deputy: [signed] Dwight Brown

REMARKS:

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00